# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

December 7, 2004

Before

Hon. RICHARD A. POSNER, Circuit Judge

Hon. KENNETH F. RIPPLE, Circuit Judge

Hon. ILANA DIAMOND ROVNER, Circuit Judge

No. 04-1042

SALTON, INCORPORATED,
   Plaintiff-Appellee,
  v.

PHILIPS DOMESTIC APPLIANCES
AND PERSONAL CARE B.V.,
   Defendant-Appellant,
  v.

ELECTRICAL & ELECTRONICS
LIMITED,
   Intervenor-Appellee.

Appeals from the United States
District Court for the Northern
District of Illinois, Eastern Division.

Nos. 03 C 5660 & 04 C 0058

Joan Humphrey Lefkow,
Judge.

No. 04-1359

PHILIPS DOMESTIC APPLIANCES
AND PERSONAL CARE B.V.,
   Plaintiff-Appellant,
  v.

SALTON, INCORPORATED,
   Defendant-Appellee,
  and.

ELECTRICAL & ELECTRONICS
LIMITED,
   Intervenor-Appellee.

_____

No. 04-2994

SALTON, INCORPORATED,

Plaintiff,

v.

PHILIPS DOMESTIC APPLIANCES
AND PERSONAL CARE B.V.,

Defendant-Appellee,

v.

ELECTRICAL & ELECTRONICS
LIMITED,

Intervenor-Appellant.


O R D E R

The opinion of this court issued on December 7, 2004, is amended as follows:

> On page 8, line 8, the word "on" should be inserted so that the sentence will read:  The rule lists several factors as bearing on "equity and good conscience."